**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH DAKOTA
400 South Phillips Avenue
Sioux Falls, South Dakota 57104-6851
605-330-6640

**LAWRENCE L. PIERSOL**
Judge

November 16, 2016

Mr. Alex M. Hagen
Cadwell, Sanford, Deibert & Garry, LLP
PO Box 2498
Sioux Falls, SD 57101-2498

Mr. Robert A. Christenson
Christenson Law Office
400 North Main Avenue, Suite 206
Sioux Falls, SD 57104

      Re:  Kieshia Mace v. Corey Willis, Kickbox Dakota, LLC, a South Dakota limited liability company, d/b/a "9Rounds" and David Borchardt

Dear Counsel:

    Rule 26(f) of the Federal Rules of Civil Procedure and Local Rules of Practice 26.3 require that the parties meet as soon as practicable and before a Scheduling Order is due under Rule 16(b). Local Rules of Practice 16.1 lists the 15 types of cases which are exempted from the meeting otherwise required by Rule 26(f). This case is not exempted from the meeting requirements. The meeting may take place in person or by telephone.

    Unless you have already done so, counsel for the parties should meet, either face-to-face or by conference telephone, and prepare and submit within thirty (30) days a written response to the Order for Discovery Report and Scheduling Information entered today, a copy of which is attached. Forms have been done away with by the December 1, 2015 changes to the Federal Rules of Civil Procedure. However, for convenience of all involved, the parties may, if they wish, continue to use what was Form 52.

                                            Sincerely yours,

                                            LAWRENCE L. PIERSOL
                                            United States District Judge

LLP:jh
Enclosure