UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KIESHIA MACE,<br><br>    Plaintiff,<br><br>vs.<br><br>COREY WILLIS, INDIVIDUALLY; KICKBOX DAKOTA, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY; AND DAVID BORCHARDT,<br><br>    Defendants. | 4:16-CV-04150-VLD<br><br>ORDER FOR TRIAL |

The following deadlines are set for this case:

**Pretrial submissions due:**   Friday, March 31, 2017
**Pretrial conference:**   Friday, April 7, 2017, at 9:00 a.m.
**Court trial:**   Tuesday, April 11, 2017, at 9:00 a.m.

The pretrial conference and the trial will be held in Courtroom 3, 400 South Phillips Avenue, Sioux Falls, South Dakota. Each party will be represented at the pretrial conference by the attorney in charge of the conduct of the trial.

Pretrial submissions will include the following:

1. A list of witnesses to be called and a brief one-sentence summary of the testimony to be offered.

2. A short trial brief outlining the applicable law and any important evidentiary issues.

3. The name and telephone number of the attorney who is to be in charge of the pretrial conference.

4. All proposed stipulations.

5. A list and brief description of exhibits that will be offered in evidence.

6. An estimate of the length of total trial time.

IN ADDITION, ALL PARTIES WILL:

1. File any motions in limine by **Friday, March 31, 2017**. Responses to any motions in limine are due by 12:00 noon on **Thursday, April 6, 2017**.

2. Designate the pertinent portions of all depositions you intend to have included in the record by **Friday, March 31, 2017**. Notify opposing counsel of your designations and electronically file the designations and said depositions.

3. File any objections to depositions or parts thereof by **12:00 noon on Thursday, April 6, 2017**. The objection will state the page(s) and line(s) objected to and state the legal authority for the objections.

4. By **12:00 noon on April 10, 2017**, counsel shall provide a copy of all exhibits and an exhibit list to the court and opposing counsel. Each exhibit should have its own number. Do not use subparts when marking exhibits. Plaintiff should use numbers 1-99 and defendants should use numbers 100-199.

Dated March 15, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge