UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KIESHIA MACE,<br><br>    Plaintiff,<br><br>vs.<br><br>COREY WILLIS, individually; KICKBOX DAKOTA, LLC, a South Dakota Limited Liability Company; and DAVID BORCHARDT,<br><br>    Defendants. | 4:16-CV-04150-VLD<br><br>JUDGMENT |

Pursuant to the court's memorandum opinion and order, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, Kieshia Mace, on her claim under § 4312 of USERRA, jointly and severally as against Corey Willis, individually, and Kickbox Dakota, LLC for compensatory damages of $979.20 and for liquidated damages in the amount of $979.20.

IT IS FURTHER ORDERED that judgment is entered in favor of David Borchardt on Ms. Mace's § 4312 claim.

IT IS FURTHER ORDERED that judgment is entered in favor of all defendants on Ms. Mace's § 4311 claim.

DATED this 21st day of April, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge