UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KIESHIA MACE,<br><br>          Plaintiff,<br><br>vs.<br><br>COREY WILLIS, individually, KICKBOX DAKOTA, LLC, a South Dakota limited liability company d/b/a "9Rounds", and DAVID BORCHARDT<br><br>          Defendants. | CIV. 16-4150<br><br><br>**PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND LITIGATION EXPENSES** |

COMES NOW, Plaintiff Kieshia Mace, by and through counsel, and moves for an award of attorney's fees and litigation expenses pursuant to 38 U.S.C. § 4323(h)(2) and F.R. Civ. 54(d)(1).  Based on her status as prevailing party, Plaintiff seeks a total of $20,759.50 in attorney's fees and expenses.

In support of this Application, Plaintiff refers the Court to Plaintiff's Brief in Support of Application for Attorney's Fees and Litigation Expenses, Affidavit of Alex M. Hagen, and Verified Bill of Costs, all of which are being submitted herewith.

Date:  April 25, 2017.

CADWELL SANFORD DEIBERT & GARRY LLP

By:      /s/ Alex M. Hagen
           Alex M. Hagen
           PO Box 2498
           Sioux Falls SD 57101-2498
           Telephone: (605) 336-0828
           Fax: (605) 336-6036
           ahagen@cadlaw.com
           Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court, the District Court of South Dakota, by using CM/ECF system, which constitutes service on:

Robert A. Christenson
Christenson Law, Prof. LLC
400 North Main Avenue, Suite 206
Sioux Falls SD 57104
rac.clolaw@midconetwork.com

Dated: April 25, 2017.

/s/ Alex M. Hagen
Alex M. Hagen

*Electronically Filed*