UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KIESHIA MACE, | * | |
| | * | 4:16-CV-04150-VLD |
| Plaintiff, | * | |
| | * | |
| -vs- | * | MOTION TO WITHDRAW AS |
| | * | COUNSEL FOR DEFENDANTS |
| COREY WILLIS, individually, KICKBOX | * | |
| DAKOTA, LLC a South Dakota limited | * | |
| liability company d/b/a "9Rounds" and | * | |
| DAVID BORCHARDT, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Robert A. Christenson, the undersigned, on behalf of Christenson Law, Prof. LLC, Pursuant to Local Rule 83.7, moves this Court for its Order granting this Motion to Withdraw as counsel for Defendants Corey Willis and Kickbox Dakota, LLC.

Defendants retained the undersigned for the sole purpose of litigating the case in the District Court, said litigation being complete on or about April 11, 2017 and for the sole purpose of appealing the holding of the District Court to the 8th Circuit Court of Appeals, said appeal being complete on or about July 26, 2018.

Both the lower court litigation and the court of appeals aspect of the case now complete, Defendants have stated they no longer need the legal services of the undersigned and to initiate the process of withdrawing as counsel of record.

Dated at Sioux Falls, South Dakota this 1st day of November, 2018.

CHRISTENSON LAW, Prof. LLC

By: _____
Robert A. Christenson
400 North Main Avenue, Suite 206
Sioux Falls, SD 57104
(605) 332-1200
rac.clolaw@midconetwork.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November __2__, 2018, he caused a true and correct copy of MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS to be served upon each of the persons identified below, first class mail, as follows:

    Alex M. Hagen, Esq.
    200 E 10th Street, Suite 200
    Sioux Falls, SD 57104

_____
Robert A. Christenson