UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KIESHIA MACE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COREY WILLIS, individually, KICKBOX DAKOTA, LLC, a South Dakota limited liability company d/b/a "9Rounds", and DAVID BORCHARDT<br><br>　　　　　　　　Defendants. | CIV. 16-4150<br><br><br><br>**PARTIAL SATISFACTION OF JUDGMENT** |

　　　The undersigned hereby acknowledges partial satisfaction of judgment as follows:   This Court rendered Judgment against Defendants Corey Willis and Kickbox Dakota LLC in the above-entitled action, in the sum of $1,958.40 on April 21, 2017 (Doc. 25), which was affirmed by the Eighth Circuit, U.S. Court of Appeals, on July 26, 2018. (Doc. 41)  In a subsequent Order by this Court entered on September 27, 2018, Plaintiff was also awarded costs in the amount of $657.96 and attorney's fees in the amount of $32,775.13 pursuant to Rule 54(b).  (Doc. 53) Under Rule 58(a), this Order is a Judgment that was entered on the civil docket as of September 27, 2018.

　　　Defendants Corey Willis and Kickbox Dakota LLC are jointly and severally liable for $35,391.49, exclusive of pre-judgment and post-judgment interest.  As of this date, Defendant Corey Willis has made partial satisfaction of judgment by paying $2,722.36 on November 1, 2018, and by paying an additional $20,000.00 as of this same date.

1

This document shall not constitute a release, discharge, satisfaction, postponement, renewal or novation of the remaining unpaid amount for which Defendants Corey Willis and Kickbox Dakota LLC remain jointly and severally liable.  Instead, such amount shall remain in full force and effect according to its unpaid amount with accrued interest, as applicable.

Date:  December 19, 2018.

                CADWELL SANFORD DEIBERT & GARRY LLP

By: ____/s/ Alex M. Hagen_____
      Alex M. Hagen
      200 East 10th Street, Suite 200
      Sioux Falls SD 57104
      Telephone: (605) 336-0828
      Fax: (605) 336-6036
      ahagen@cadlaw.com
      Attorney for Plaintiff

*Electronically Filed*