UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KIESHIA MACE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COREY WILLIS, individually, KICKBOX DAKOTA, LLC, a South Dakota limited liability company d/b/a "9Rounds", and DAVID BORCHARDT<br><br>　　　　　　　　Defendants. | CIV. 16-4150<br><br><br><br>**SATISFACTION OF JUDGMENT** |

　　　　The undersigned hereby acknowledges satisfaction of judgment as follows:   This Court rendered Judgment against Defendants Corey Willis and Kickbox Dakota LLC in the above-entitled action, in the sum of $1,958.40 on April 21, 2017 (Doc. 25), which was affirmed by the Eighth Circuit, U.S. Court of Appeals, on July 26, 2018. (Doc. 41)  In a subsequent Order by this Court entered on September 27, 2018, Plaintiff was also awarded costs in the amount of $657.96 and attorney's fees in the amount of $32,775.13 pursuant to Rule 54(b).  (Doc. 53)  Under Rule 58(a), this Order is a Judgment that was entered on the civil docket as of September 27, 2018.

　　　　Pursuant to an agreed-upon settlement agreement, Defendants Corey Willis and Kickbox Dakota LLC have fully satisfied the Judgment.  Plaintiff acknowledges payment and satisfaction of the Judgment in full and hereby releases this Judgment against Defendants.

Date:  March 20, 2019.

        CADWELL SANFORD DEIBERT & GARRY LLP

By: ___/s/ Alex M. Hagen_____
    Alex M. Hagen
    200 East 10th Street, Suite 200
    Sioux Falls SD 57104
    Telephone: (605) 336-0828
    Fax: (605) 336-6036
    ahagen@cadlaw.com
    Attorney for Plaintiff

*Electronically Filed*